| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2006** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>BURNS, ELLEN B | 2. Court or Organization<br><br>U.S. DISTRICT COURT, CT | 3. Date of Report<br><br>05/22/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>SENIOR JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>141 CHURCH STREET<br>NEW HAVEN, CT 06510 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Albertus Magnus College |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 29 A 10: 46 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | State of Connecticut pension | $ $53,724.66 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Webster Bank | C | Interest | L | T | | | | | |
| 2. Merrill Lynch money market account | A | Interest | J | T | | | | | |
| 3. TD Banknorth (formerly Hudson United Bank) | A | Dividend | J | T | | | | | |
| 4. Bell South stock | A | Dividend | K | T | | | | | |
| 5. Verizon stock | A | Dividend | K | T | | | | | |
| 6. AT&T stock | C | Dividend | L | T | | | | | |
| 7. Van Kampen Fund | A | Dividend | J | T | | | | | |
| 8. U.S. Series E Bonds | | None | L | T | | | | | |
| 9. Nuveen Conn. Premium Inc. Municipal Fund | A | Interest | J | T | | | | | |
| 10. Dreyfus Conn. Municipal money market Fund | A | Interest | K | T | | | | | |
| 11. Conn. ST HLTH-EDL Bond | A | Interest | J | T | | | | | |
| 12. Conn. State Dev. Authority Bond | A | Interest | K | T | Redeemed | 11/06 | | | |
| 13. Conn. State Housing Finance Bond | A | Interest | K | T | | | | | |
| 14. Conn. State Series A Bond | A | Interest | J | T | Redeemed | 5/06 | | | |
| 15. Nuveen Large Cap Value Fund A | A | Interest | K | T | | | | | |
| 16. Ridgefield CT LOT A Bond | A | Interest | J | T | | | | | |
| 17. Univ. CT Series A Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eli Lilly stock | A | Dividend | J | T | | | | | |
| 19. Sprint Nextel Communication stock | A | Dividend | J | T | | | | | |
| 20. Conn. ST HEFA Rev. Series H Bond | A | Interest | J | T | | | | | |
| 21. Dreyfus Short Int. Govt. Fund | A | Dividend | J | T | | | | | |
| 22. Time Warner stock | A | Dividend | J | T | | | | | |
| 23. IBM stock | A | Dividend | J | T | | | | | |
| 24. Alcatel Lucent (formerly Lucent Technologies stock ) | | None | J | T | | | | | |
| 25. Mattel, Inc. stock | A | Dividend | J | T | | | | | |
| 26. Pfizer, Inc. stock | A | Dividend | J | T | | | | | |
| 27. Sara Lee Corp. stock | A | Dividend | J | T | | | | | |
| 28. Vodaphone Air Touch stock | A | Dividend | J | T | | | | | |
| 29. Conn. State Series F Bond | A | Interest | K | T | | | | | |
| 30. CT HEFA Rev. Fairfield Bond | A | Interest | J | T | | | | | |
| 31. So. Central Conn. Regional Water Authority Bond | | None | J | T | | | | | |
| 32. United Illuminating Holdings Corp. | A | Dividend | J | T | | | | | |
| 33. Hartford Financial Services | A | Dividend | J | T | | | | | |
| 34. Conn. ST Series B Bond | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Conn. ST Clean Water Bond | B | Interest | K | T | | | | | |
| 36. Conn. ST. SPL Tax Obl. Bond | B | Interest | K | T | | | | | |
| 37. Kraft Foods stock | A | Dividend | J | T | | | | | |
| 38. Novartis Ag. Spon ADR | A | Dividend | J | T | | | | | |
| 39. Bank of America (formerly MBNA America Bank CD) | D | Interest | L | T | | | | | |
| 40. AIG America Classic V anuity | | None | J | T | | | | | |
| 41. Agere Systems, Inc. stock | | None | J | T | | | | | |
| 42. Comcast Corp. stock | | None | J | T | | | | | |
| 43. Conn. State Housing Finance Bond | A | Interest | K | T | | | | | |
| 44. Conn. State Series D Bond | B | Interest | K | T | | | | | |
| 45. Conn. State Series D Bond | A | Interest | J | T | | | | | |
| 46. People's Bank | B | Interest | J | T | | | | | |
| 47. DWS RREEF Real Estate II (prev.Scudder RREEF Real Estate II | A | Dividend | J | T | | | | | |
| 48. AT&T Inc. Public Income | A | Interest | J | T | | | | | |
| 49. Ing Clarion Global Real Estate | A | Interest | J | T | | | | | |
| 50. John Hancock Tax ADVATG Fund | A | Interest | J | T | | | | | |
| 51. MFS International New Discovery FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Procter & Gamble stock | A | Dividend | J | T | | | | | |
| 53. Torrington Conn. Bond | A | Interest | K | | buy 11/06 | | | | |
| 54. Seymour Conn. Bond | A | Interest | J | | buy 3/06 | | | | |
| 55. Glastonbury Conn. Bond | A | Interest | K | | buy 5/06 | | | | |
| 56. Liberty Bank | B | Interest | K | | matured 4/06 | | | | |
| 57. Hanes Brands, Inc. | | None | J | | spinoff * | | | | |
| 58. Embarq Corp. | A | Dividend | J | | spinoff * | | | | |
| 59. IDEARC, Inc. | | None | J | | spinoff* | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BURNS, ELLEN B | 05/22/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII, No. 57.  Part D - Spinoff Sara Lee 9/11/06
      No. 58.  Part D - Spinoff Sprint 5/23/06
      No. 59.  Part D - Spinoff Verizon 11/23/06

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date___5/22/07___

NOTE: ANY ██████████████████████ ALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMI█

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544